IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: September 17, 2013 |
| Court Reporter:     Gwen Daniel | Probation: Ryan P. Henry |
| Interpreter: Cathy Bahr | |

---

| | |
|---|---|
| Criminal Action No.: 13-cr-00072-WJM-3 | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | James R. Boma |
|      Plaintiff, | |
| v. | |
| 3.    CARLOS HEREDIA-RUIZ,<br>      *aka Jose Valenzuela-Miranda*, | Mark S. Rubinstein |
|      Defendant. | |

---

## COURTROOM MINUTES

---

HEARING - SENTENCING

10:05 a.m.     Court in Session.

Court calls case.  Appearances of counsel, probation officer, and interpreter.

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Preliminary remarks by the Court.

Defendant states his true name is "Valenzuela".

Comments by the Court.

*13-cr-00072-WJM-3*
*Sentencing*
*September 17, 2013*

Sentencing Statement by Mr. Boma.

Sentencing Statement by Mr. Rubinstein.

Comments and rulings by the Court.

**ORDERED:** Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G.§3E.1(b) [Filed 9/12/13; Doc. No. 97] is GRANTED.

**ORDERED:** Government's Motion For Sentencing Reduction Under The Provisions Of §5K1.1, U.S. Sentencing Guidelines, And Title 18, United States Code, Section 3553(e) [Filed 9/12/13; Doc. No. 98] is GRANTED. The Court grants the Motion relying on the personal representation of the Assistant United States Attorney that after co-Defendant Arturo Castro has either gone to trial or has pled in this case, and the opportunity for the instant Defendant to cooperate has ended, the Government will file a Motion for further Downward Departure pursuant to Rule 35.

10:27 a.m.    Defendant's Allocution.

> Defendant plead guilty to Counts On and Three of the Indictment on July 1, 2013.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose Valenzuela-Miranda, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 34 months on each of Counts One and Three, such term to be served concurrently.

**IT IS THE RECOMMENDATION OF THIS COURT THAT THE DEFENDANT BE GIVEN FULL CREDIT FOR TIME SERVED WHILE IN PRETRIAL DETENTION.**

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of 2 years on each of Counts One and Three, such term to be served concurrently.

**Conditions of Supervised Release:**

  1)    Within 72 hours of release from the custody of the Bureau of

*13-cr-00072-WJM-3*
*Sentencing*
*September 17, 2013*

> **Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**
>
> **2)      Defendant shall not unlawfully possess a controlled substance.**
>
> **3)      Defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
> **5)      Defendant shall cooperate in the collection of DNA as directed by his probation officer.**

**Special conditions of supervised release:**

> **1)      Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.**

**ORDERED:   The special assessment fee of $200 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The Court states that the Defendant waived his right to appeal his conviction and sentence imposed, except in very limited circumstances.

To the extent the Defendant retained a right to file an appeal, the Court advises the defendant of his right to appeal its sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

The Court states that it intends to GRANT the Government's Rule 35(b) motion, once it is filed.

*13-cr-00072-WJM-3*
*Sentencing*
*September 17, 2013*

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

10:34 a.m.      Court in Recess.
                Hearing concluded
                Time: 29 minutes.